# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Foley, | No. CV-19-02033-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| CrimShield Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismiss (Doc. 26),

**IT IS ORDERED** dismissing this case in its entirety without prejudice. The clerk is directed to terminate this case.

Dated this 19th day of August, 2019.

Honorable Susan M. Brnovich
United States District Judge